# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:22-CV-000001 BSM**

**TATE,** *et al.*                                                                  **DEFENDANTS**

## ORDER

Lakhraj Manohar's motion to proceed *in forma pauperis* [Doc. No. 1] is denied without prejudice because he failed to submit a certificate or calculation sheet as required by 28 U.S.C. § 1915(a)(2). Manohar is directed to either pay the $402 filing fee or file a complete IFP application within thirty days, or his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

The clerk is directed to mail Manohar an IFP application, including certificate and calculation sheet, along with a copy of this order and a copy of the docket sheet.

IT IS SO ORDERED this 6th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE