IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                                 **PLAINTIFF**

V.                                         3:22-CV-00001-BSM

**TATE, Officer, Jonesboro**
**Police Department,** *et al.*                                                     **DEFENDANTS**

## ORDER

Lakhraj Manohar has recieved at least three strikes under PLRA. *See Manohar v. Arkansas*, 3:14-cv-00218-BSM (E.D. Ark.); *Manohar v. Lyes*, 3:14-cv-00240-JM (E.D. Ark.); *Manohar v. Hall*, 3:14-cv-00246-JM (E.D. Ark.). Based on the allegations in his complaint [Doc. No. 1], it does not appear that Manohar is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. If Manohar would like to continue with this case, he must first pay the filing fee of $402 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 28th day of January, 2022.

*[signature]*
UNITED STATES DISTRICT JUDGE