# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                                     **PLAINTIFF**

V.                               **3:22-CV-00001-BSM**

**TATE, Officer, Jonesboro**
**Police Department,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE